# IN THE COURT OF APPEALS OF IOWA

No. 16-1799
Filed July 6, 2017

**STATE OF IOWA,**
    Plaintiff-Appellee,

**vs.**

**JEFFREY MARCELLINUS FRIIS,**
    Defendant-Appellant.
_____

Appeal from the Iowa District Court for Bremer County, Peter B. Newell, District Associate Judge.

Defendant appeals several convictions, contending his counsel provided ineffective assistance. **AFFIRMED.**

Andrew C. Abbott of Abbott Law Office, P.C., Waterloo, for appellant.

Thomas J. Miller, Attorney General, and Thomas J. Ogden, Assistant Attorney General, for appellee.

Considered by Vogel, P.J., and Doyle and McDonald, JJ.

**MCDONALD, Judge.**

Jeffrey Friis was convicted of possession of a controlled substance, third offense; eluding or attempting to elude, carrying weapons, operating while intoxicated, first offense; and theft in the third degree. On appeal, he challenges his convictions, contending his counsel was ineffective in failing to advise him of the immigration consequences of his pleas and failing to file a motion in arrest of judgment after the district court also failed to advise Friis of the immigration consequences of his pleas. We conclude the record is inadequate to address the claims on the merits. We affirm the defendant's convictions and preserve the claims for postconviction-relief proceedings. *See State v. Johnson*, 784 N.W.2d 192, 198 (Iowa 2010) (determining a court "must preserve" an ineffective assistance claim if the record is inadequate to address it on direct appeal).

**AFFIRMED.**